PER CURIAM.
Tim Walker appeals the district court’s[2] order affirming a partially unfavorable de- *415 cisión as to disability insurance benefits and supplemental security income; in the opinion, the administrative law judge (ALJ) determined that Walker was disabled from April 2012 through the end of January 2014, but that as of February 1, 2014, he was no longer disabled due to medical improvement. We have carefully reviewed the relevant record and Walker’s arguments for reversal, and we agree with the district court that substantial evidence on the record as a whole supports the ALJ’s determination. See Harvey v. Colvin, 839 F.3d 714, 715 (8th Cir. 2016) (reviewing de novo district court’s decision, and affirming if ALJ’s decision is supported by substantial evidence on record as whole, including new evidence Appeals Council considered). Specifically, we conclude that substantial evidence supports the ALJ’s determinations as to credibility, residual functional capacity (RFC), and medical improvement for the period beginning on February 1, 2014. See Hensley v. Colvin, 829 F.3d 926, 931-32 (8th Cir, 2016) (Commissioner must determine RFC based on all relevant evidence, including medical records, observations of treating physicians and others, and individual’s own description of his limitations; RFC is medical question and must be supported by some medical evidence of claimant’s ability to function in workplace); Mabry v. Colvin, 815 F.3d 386, 389 (8th Cir. 2016) (this court defers to credibility findings if they are supported by good reasons and substantial evidence); Delph v. Astrue, 538 F.3d 940, 945-46 (8th Cir. 2008) (outlining steps in sequential analysis for cessation of benefits).
The judgment of the district court is affirmed.

. The Honorable James M. Moody, Jr., United *415 States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable Jerome T. Kear-ney, United States Magistrate Judge for the Eastern District of Arkansas.